IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3101 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| NORMA RODRIGUEZ-ALVARADO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

(1) The defendant's unopposed motion to continue sentencing (Filing 139), now scheduled for Tuesday, July 26, 2016, is granted.

(2) The defendant's sentencing is continued until a date and time to be determined after consultation with counsel.

DATED this 25th day of July, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge